SCWC-28473

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHELE R. STEIGMAN, Petitioner-Plaintiff-Appellant,

vs.

OUTRIGGER ENTERPRISES, INC., dba OHANA SURF HOTEL,
Respondent-Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28473; CIV. NO. 05-1-0274)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, J., for the court[1])

        Petitioner-Plaintiff-Appellant's Application for Writ
of Certiorari filed on February 10, 2011 is hereby accepted and
will be scheduled for oral argument.  The parties will be
notified by the appellate clerk regarding scheduling.

        DATED: Honolulu, Hawai'i, March 23, 2011.

                        FOR THE COURT:

                        /s/ Paula A. Nakayama

                        Associate Justice



Janice P. Kim and Bruce B.
Kim for petitioner-plaintiff-
appellant on the application

Dennis E.W. O'Connor and
Michael J. McGuigan for
respondent-defendant-appellee
on the response

---

        [1]Considered by:  Recktenwald, C.J., Nakayama, Acoba and Duffy, JJ., and
Circuit Judge Wilson, assigned by reason of vacancy.